

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-16-00323-CV

**IN RE JENNIFER VILLARREAL**

From the County Court at Law No. 10, Bexar County, Texas
Trial Court No. 2015CV06504
Honorable David J. Rodriguez, Judge Presiding

PER CURIAM

Sitting:    Rebeca C. Martinez, Justice
            Patricia O. Alvarez, Justice
            Luz Elena D. Chapa, Justice

Delivered and Filed:  November 23, 2016

DISMISSED

The parties have filed a joint motion to dismiss this appeal stating they have reached a settlement.  We grant the motion and dismiss the appeal.  TEX. R. APP. P. 42.1(a), 43.2(f).  Costs of appeal are taxed against the parties who have incurred them.

PER CURIAM